JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNETT KINCAID,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADLER WALLACH & ASSOCIATES, INC.,<br><br>　　　　Defendant(s). | Case No.: 8:20-cv-00649-DOC-KES<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 16, 2020

By: /s/ David O. Carter

David O. Carter

United States District Judge

- 1 -

ORDER